896 A.2d 563

**In re PETITION TO SET ASIDE the NOMINATION PETITIONS OF James E. MAY, IV.**

**Appeal of James E. May, IV.**

Supreme Court of Pennsylvania.

Submitted April 3, 2006.

Decided April 21, 2006.

Gretchen Deborah Sterns, for James E. May, IV.

Jonathan Scott Comitz, Wilkes–Baree, for Francis J. Kopko.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER, and BALDWIN, JJ.

620

***ORDER***

PER CURIAM.

**AND NOW,** this 21st day of April, 2006, the Order of the Commonwealth Court is **AFFIRMED.**